■ RICHARD RIOS et al., Respondents, v LONG ISLAND REALTY Co., Appellant.—Judgment of the Supreme Court, Suffolk County (Cromarty, J.), dated January 25, 1985, affirmed, without costs or disbursements, for reasons stated in the memorandum decision of Justice DeLuca at Special Term dated December 14, 1984 *(see also, Da Silva v Musso,* 53 NY2d 543). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.